**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1219**

———————

MCARTHUR C. MUNDY, III,

Plaintiff - Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-95-343-3)

———————

Submitted: October 29, 1996          Decided: November 7, 1996

———————

Before MURNAGHAN, HAMILTON, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

McArthur C. Mundy, III, Appellant Pro Se. Nicholas Stephen Altimari, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order upholding the Commissioner of Social Security's denial of disability insurance benefits and supplemental security income. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Mundy v. Chater, No. CA-95-343-3 (E.D. Va. Feb. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED